IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BASLER ELECTRIC COMPANY,

    Plaintiff,

vs.

FORTIS PLASTICS, LLC and
REALIZATION SERVICES, INC.,

    Defendants.

Case No. 12-cv-713-JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Basler Electric Company's ("Basler") stipulation of dismissal (Doc. 64) in which Basler and defendant Realization Services, Inc. ("RSI") stipulate to the dismissal of RSI with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, Basler has presented a stipulation of dismissal signed by RSI. Pursuant to Basler's and RSI's stipulation, RSI is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

**DATED:** December 9, 2013

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**