IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BASLER ELECTRIC COMPANY,
Plaintiff,

v.

FORTIS PLASTICS, LLC,
Defendant.

Case No. 12–CV–00713–JPG–MAB

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having granted Plaintiff Basler Electric Company's Motion for Voluntary Dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against Defendant Fortis Plastics, LLC are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated: September 26, 2019

**MARGARET M. ROBERTIE,
CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert
United States District Judge**